■■■ ROBERT W. COOK, Plaintiff, v JOSEPH KOMOROWSKI et al., Defendants. (Action No. 1.) ROBERT W. COOK, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. (Action No. 2.) (Appeal No. 2.) [710 NYS2d 827] —Appeal unanimously dismissed without costs (*see, Kuhn v Kuhn*, 129 AD2d 967). (Appeal from Decision of Supreme Court, Erie County, Sconiers, J.—Dismiss

Pleading.) Present—Pigott, Jr., P. J., Green, Hayes and Hurl-butt, JJ.